IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN BONE, et al.,                )
                                  )
            Plaintiffs,           )
                                  )
    v.                            )      1:18CV994
                                  )
UNIVERSITY OF NORTH CAROLINA      )
HEALTH CARE SYSTEM,               )
                                  )
            Defendant.            )

## ORDER

On May 6, 2022, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the motion (Doc. 139) is GRANTED and UNCHCS shall perform its obligations under the February Settlement Agreement.

                                                /s/   Thomas D. Schroeder
                                           United States District Judge

May 23, 2022